**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

   **v.**　　　　　　　　　　　　　　　　Case No. 07-cr-45-04-PB

<u>Ricardy Roseaux, et al.</u>

**O R D E R**

    The defendant, through counsel, has moved to continue the July 10, 2007 trial in the above case, citing newly appointed counsel's need for additional time to prepare for trial.  The government and co-defendants do not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 10, 2007 to August 21, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The June 19, 2007 final pretrial conference is continued to July 24, 2007 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 24, 2007

cc: David W. Ruoff, Esq.
    Glenn Geiger, Esq.
    Harry Batchelder, Esq.
    R. Brian Snow, Esq.
    Bjorn Lange, Esq.
    Peter Papps, Esq.
    United States Probation
    United States Marshal